```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 06201
    CURTISINE GILMORE
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6837


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/14/2008 and was not confirmed.

    The case was dismissed without confirmation 09/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------

CHASE MANHATTAN MORTGAGE  CURRENT MORTG         .00             .00            .00
CHASE MANHATTAN MORTGAGE  NOTICE ONLY    NOT FILED              .00            .00
ACME CONTINENTAL CU       SECURED VEHIC    5593.00              .00         339.66
ACME CONTINENTAL CU       UNSEC W/INTER  NOT FILED              .00            .00
CITY OF CHICAGO WATER DE  SECURED           433.34              .00            .00
CAPITAL ONE               UNSEC W/INTER     827.06              .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER     359.06              .00            .00
HSBC BANK NEVADA NA       UNSEC W/INTER     527.94              .00            .00
CBE GROUP                 UNSEC W/INTER  NOT FILED              .00            .00
MEDICAL BUSINESS BUREAU   UNSEC W/INTER  NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     786.58              .00            .00
ECMC                      UNSEC W/INTER        .00              .00            .00
CHASE MANHATTAN MORTGAGE  SECURED          7678.40              .00         335.62
ECMC                      UNSEC W/INTER        .00              .00            .00
ECMC                      UNSEC W/INTER        .00              .00            .00
ECMC                      UNSEC W/INTER        .00              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     497.10              .00            .00
CHASE HOME FINANCE        COST OF COLLE     350.00              .00            .00
LVNV FUNDING              UNSEC W/INTER     574.12              .00            .00
BANK OF MARIN             UNSECURED            .00              .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      3,494.00                            .00
TOM VAUGHN                TRUSTEE                                           58.72
DEBTOR REFUND             REFUND                                               .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 734.00

PRIORITY                                        .00
SECURED                                      675.28
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                          58.72

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 06201 CURTISINE GILMORE
```

```
DEBTOR REFUND                                                        .00
                                        ----------------    ----------------
TOTALS                                           734.00             734.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 12/22/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE